

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-13-00530-CR

Oscar David **PARDO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5260
Honorable Ron Rangel, Judge Presiding

# O R D E R

After conviction for the offense of injury to a child, appellant sought review in this court. We rendered a judgment affirming appellant's conviction on December 17, 2014. Thereafter, our mandate issued on May 14, 2015. On September 3, 2015, appellant filed a pro se motion requesting a copy of the record for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07.

To obtain a free copy of the record, appellant must file a motion in the trial court in which the conviction was obtained and demonstrate his claim is not frivolous and the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Accordingly, we **DENY** appellant's motion for a copy of the record; however, the denial is without prejudice, and appellant may seek relief in the proper court.

We **order** the clerk of this court to serve a copy of this order on the trial court, appellant, the attorney for the State, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk